1  GARY R. BASHAM (SBN 130119)
   BASHAM LAW GROUP
2  8801 Folsom Blvd., Suite 177
   Sacramento, CA  95826
3  Telephone:  (916) 993-4840
   Facsimile:  (916) 266-7478
4  Email: gary@bashamlawgroup.com

5  Attorney for Plaintiffs
   MANUEL CASILLAS, STANLEY THOMAS
6  and PHEAKDEY YOUN

7

8  Jesse J. Maddox (SBN 219091
   Kimberly A. Horiuchi (SBN 214869)
   LIEBERT CASSIDY WHITMORE
9  5250 North Palm Ave, Suite 310
   Fresno, California 93704
10 Telephone: 559.256.7800
   Facsimile: 559.449.4535
11 Email: jmaddox@lcwlegal.com
          khoriuchi@lcwlegal.com
12
   Attorneys for Defendant
13 CITY OF STOCKTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL CASILLAS, STANLEY THOMAS and PHEAKDEY YOUN,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF STOCKTON; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:16-CV-02225-JAM-EFB<br><br>**JOINT STIPULATION FOR DISMISSAL AND ORDER FOR DISMISSAL**<br><br>Complaint Filed:  September 19, 2016 |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Plaintiffs MANUEL CASILLAS, STANLEY THOMAS and PHEAKDEY YOUN and Defendant CITY OF STOCKTON stipulate to and jointly request that this Court enter a dismissal with prejudice of Plaintiffs' complaint in the above-entitled action pursuant to Fed. R. Civ. P. 41(a)(2), with each side to bear their own costs and attorneys' fees.

| | |
|---|---|
| Dated: October 5, 2017 | BASHAM LAW GROUP |
| | */s/ Gary R. Basham*<br>Gary R. Basham |
| | Attorney for Plaintiffs<br>MANUEL CASILLAS, STANLEY THOMAS and PHEAKDEY YOUN |
| Dated: October 5, 2017 | LIEBERT CASSIDY WHITMORE |
| | */s/ Jesse J. Maddox*<br>Jesse J. Maddox<br>Kimberly A. Horiuchi |
| | Attorneys for Defendant<br>CITY OF STOCKTON |

## **ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 2:16-CV-02225-JAM-EFB, is hereby dismissed with prejudice, with each side to bear their own costs and attorneys' fees.

Dated: __10/6/2017                              /s/ John A. Mendez_____
                                                United States District Court Judge